UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAY M. BLOCK,

    Plaintiff,                          No. C 08-5302 PJH (PR)

    v.                                **ORDER OF TRANSFER**

SARASOTA COUNTY, FLORIDA, et al.,

    Defendants.
                                     /

        This is a civil rights case brought pro se by an inmate of the San Francisco County Jail. The acts complained of occurred in Sarasota, Florida, which lies within the venue of the United States District Court for the Middle District of Florida. Defendants are there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

        This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Tampa Division. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

        **IT IS SO ORDERED.**

Dated: November 26, 2008.

                                                     PHYLLIS J. HAMILTON
                                                     United States District Judge

G:\PRO-SE\PJH\CR.08\BLOCK5302.TRN.wpd